NICHOLAS FLYNN, Respondent, *v.* BRADLEY CONTRACTING
COMPANY, Appellant.

*Flynn* v. *Bradley Contracting Co.*, 166 App. Div. 920, affirmed.
(Argued May 15, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 22, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant. At
the time of the accident plaintiff was in the employment
of the defendant, which was engaged in constructing a
section of the Lexington avenue subway between Eighty-
second and Eighty-fourth streets, in the borough of Man-
hattan, New York city. While in the subway he was
struck from behind by a car which had broken away from
the men in charge of it.

*Frederick L. C. Keating* and *Joseph A. Corbett* for
appellant.

*Robert A. Kutschbock* and *Albert B. Quencer* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
POUND, CRANE and ANDREWS, JJ.